EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8962
    Facsimile:  (415) 744-0134
    Email:  Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUAN J. RODRIGUEZ, | No.:  5:14-cv-02131-DMG-DTB |
| Plaintiff, | [**PROPOSED**] |
| v. | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $6,000.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: May 4, 2016

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE